No. 695.—CINTRÓN, peticionario, v. CORTE DE DISTRITO DE MAYAGÜEZ.— Feb. 4, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)
No ha lugar.

No. 47.—DR. ORTIZ, promovente, v. CORTE DE DISTRITO DE PONCE, ET AL., demandados—

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)
A la anterior solicitud de auto inhibitorio, no ha lugar.

No. 5209.—THE ROYAL BANK OF CANADA, aplda., v. LÓPEZ, aplte.—C. D. San Juan. Feb. 4, 1930.

Desestimado el recurso por abandono.

No. 5204.—SCHLÜTER & Co., SUCR., aplda., v. SUCN. DE BENIGNO DÍAZ, ETC., aplte.—C. D. San Juan. Feb. 5, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)
Habiendo la corte en su sentencia hecho la declaración de que los demandados aceptaron la herencia a beneficio de inventario, única defensa por ellos alegada en este pleito que versa sobre cobro de dinero contra una sucesión, la apelación interpuesta por los dichos demandados resulta *prima facie* frívola, y debe desestimarse, como por la presente se desestima.